Case 06-06460-VRW Document 9 Filed 01/12/2007 Page 1 of 2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Clear Form

Aaron Lorell, Phillip Matthews

Plaintiff(s),

CASE NO. 06-06460-VRW

v.

Ace American Insurance Company, Ace USA, Ace INA

Defendant(s).

_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- [✔] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [ ] Private ADR (*please identify process and provider*)

The parties agree to hold the ADR session by:
- [✔] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

- [ ] other requested deadline

Dated: 1/12/2007

/s/ Cory A. Birnberg
Attorney for Plaintiff

Dated: 1/12/2007

/s/ James W. Alacantra
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
✔ Mediation
☐ Private ADR

Deadline for ADR session
✔ 90 days from the date of this order.
☐ other _____.

IT IS SO ORDERED.

Dated: _____ 17, 2007 _____



GRANTED

Judge Vaughn R Walker

UNITED STATES DISTRICT JUDGE