JAMES W. ALCANTARA, ESQ.
California State Bar No. 152747
Alcantara & Associates, APC
402 West Broadway, Suite 1170
San Diego, California 92101
(619) 233-5900

Attorneys for Defendant
ACE AMERICAN INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LORELL and PHILLIP MATTHEWS, <br><br> Plaintiffs, <br><br> v. <br><br> ACE AMERICAN INSURANCE COMPANY; ACE USA; ACE INA; DOES 1 - 20, inclusive, <br><br> Defendants. | Case No.: C 06-06460 VRW <br><br> APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; DECLARATION OF JAMES W. ALCANTARA IN SUPPORT THEREOF <br><br> Honorable United States District Chief Judge Vaughn R. Walker <br><br> Hearing Date: January 23, 2007 <br> Hearing Time: 9:00 am |

COME NOW Defendant ACE AMERICAN INSURANCE COMPANY (hereinafter referred to as "Defendant") and Plaintiffs AARON LORELL and PHILLIP MATTHEWS (hereinafter referred to collectively as "Plaintiffs") by and through their attorneys of record and hereby stipulate as follows:

## RECITATIONS

WHEREAS an Order Setting Initial Case Management Conference and ADR Deadlines setting the Initial Case Management Conference to occur on January 23, 2007, at 9:00 a.m. was filed with this Court on October 16, 2006, and served on counsel for Plaintiffs via U.S. Mail on October 20, 2006;

-1-

Case No.: C 06-06460 VRW

APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

1     WHEREAS counsel for Defendant is a sole practitioner, admitted to practice in the State of
2   California;
3     WHEREAS counsel for Defendant has a case pending simultaneously in the United States
4   District Court, Central District of California entitled *Cardenas v. Insurance Company of North*
5   *America*;
6     WHEREAS in connection with the case entitled *Cardenas v. Insurance Company of North*
7   *America* counsel for Defendant has a calendar conflict in that he is scheduled to be defending
8   party/employee depositions in Philadelphia, Pennsylvania from January 22, 2007 to January 26,
9   2007;
10    WHEREAS counsel for Plaintiffs has agreed to stipulate to a continuance of the Case
11  Management Conference in reference to the above-entitled action and counsel for both Plaintiffs
12  and Defendant have determined a mutually convenient date for rescheduling of such;;

### Stipulation

14    In view of the foregoing, IT IS HEREBY STIPULATED AND AGREED, by and between
15  Plaintiffs and Defendant, by and through their undersigned counsel, subject to approval of this
16  Court, the Case Management Conference currently scheduled for January 23, 2007, shall be
17  continued to February 6, 2007, or as soon thereafter as the Court's calendar allows, and the related
18  deadlines as required by F.R.Civ.P. 26 and the Civil Local Rules of Court shall also be continued
19  accordingly.
20    RESPECTFULLY SUBMITTED this 12th day of January, 2007.

21        ALCANTARA & ASSOCIATES, APC

22        _____
23        JAMES W. ALCANTARA, ESQ.
      Attorneys for Defendant
      INSURANCE COMPANY OF NORTH AMERICA

25        BIRNBERG & ASSOCIATES

26        _____
27        CORY A. BIRNBERG, ESQ.
      Attorney for Plaintiffs
28        AARON LORELL and PHILLIP MATTHEWS

-2-

Akamura & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5500 Fax: (619) 233-5599

[~~PROPOSED~~] **ORDER**

Good cause appearing, IT IS HEREBY ORDERED the Case management Conference in the above-entitled action shall be continued to _____February 6_____, 2007, commencing at __9:00__ a.m./p.m., and all related deadlines as set forth in the Court's original Order Setting Initial Case management Conference and ADR Deadlines, pursuant to F.R.Civ.P. 26 and the Civil Local Rules of Court, are continued accordingly.

Dated: _____January 22_____, 2007

HO_____KER
United_____

*GRANTED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

Alcantara & Associates, APC
402 West Broadway, Suite 1170
Emerald Plaza Building
San Diego, California 92101
(619) 233-5900 Fax: (619) 233-5999

-3-

Case No.: C 06-06460 VRW

APPLICATION AND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER