1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10   AARON LORELL and PHILLIP            ) Case No.:  C 06-06460 VRW
     MATTHEWS,                           )
11                                       )
                                         )
12              Plaintiffs,              ) [PROPOSED] ORDER
                                         ) CONTINUING CASE MANAGEMENT
13    v.                                 ) CONFERENCE
                                         )
14                                       )
     ACE AMERICAN INSURANCE              )
15   COMPANY; ACE USA; ACE INA; DOES     )
     1 - 20, inclusive,                  )
16                                       )
                Defendants.              )
17                                       )
                                         )
18   _____)

19                              **[PROPOSED] ORDER**

20          Good cause appearing, IT IS HEREBY ORDERED the Case Management Conference in

21   the above-entitled action shall be continued to _____February 27_____, 2007,

22   commencing at __9:00__ a.m./p.m., and all related deadlines as set forth in the Court's original Order

23   Setting Initial Case management Conference and ADR Deadlines, pursuant to F.R.Civ.P. 26 and

24   the Civil Local Rules of Court, are continued accordingly.

25

26   Dated: _____February 12_____, 2007

27                                              GRANTED
     HONORABLE _____ R. WALKER
28   United States District Chief Judge
     Judge Vaughn R Walker

                                         -1-
                                                        Case No.: C 06-06460 VRW
     [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE