IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LORELL, et al, | No   C-06-6460 - VRW |
| Plaintiffs, | ORDER |
| v | |
| ACE AMERICAN INSURANCE, et al | |
| Defendants. / | |

     Defendants move to transfer this action to the Southern District of California pursuant to 28 USC § 1404(a).  Doc #27; see also 28 USC § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district where it might have been brought.").  Plaintiffs do not oppose transfer.  Doc #33. Because the court finds this matter suitable for determination without oral argument, the motion hearing set for May 3, 2007, at 2:00 pm is VACATED.  See Civ L R 7-1(b).

1     All events giving rise to this matter occurred in San
2 Diego, California.  Doc #29, ¶ 5(b).  Moreover, most percipient
3 witnesses in this matter (including plaintiffs) reside in the
4 Southern District of California, id, ¶ 5(a); none resides in the
5 Northern District of California, id, ¶¶ 3-4.  Accordingly, for the
6 convenience of parties and witnesses, this action is TRANSFERRED to
7 the Southern District of California for further proceedings.  The
8 clerk is DIRECTED to close the file and terminate all motions.

         IT IS SO ORDERED.

                              _____
                              **VAUGHN R WALKER**
                              United States District Chief Judge